FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2022

No. 04-22-00374-CV

**IN THE INTEREST OF C.E.R., T.J.S., M.I.S., AND J.L.L. JR.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00131
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On June 2, 2022, we issued an order noting that the clerk's record did not contain a final order or judgment. We therefore ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On July 21, 2022, the district clerk filed a supplemental clerk's record containing a final judgment, and appellant filed a response that complied with our June 7 order. Accordingly, we retain this appeal on our docket.

Our records show that the appellate record is now complete. Appellant's brief is due **by August 10, 2022**. *See* TEX. R. APP. P. 38.6.

It is so **ORDERED** on July 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT